UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-10799 |
| CHRISTOPHER ROBERT TOPP | ) | |
| VICKIE ANN TOPP | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER ON MOTION TO MODIFY CHAPTER 13 PLAN

THIS CAUSE, coming to be heard on Debtors' Motion to Modify Chapter 13 Plan, the Court having jurisdiction over the subject matter, and due notice having been given, IT IS HEREBY ORDERED:

1. The current default of $4,629.00 is deferred to month 48 of the Debtor's Chapter 13 plan.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 16, 2015

**Prepared by:**

Nathan C. Volheim ARDC #6302103
Counsel for Debtors
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181